**Copyrights-In-Suit for IP Address 108.65.145.119**

**ISP:** AT&T Internet Services
**Location:** Houston, TX

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 05/27/2016 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 05/27/2016 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 05/27/2016 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 05/27/2016 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 05/27/2016 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 05/27/2016 |
| Seize The Moment | PA0001949371 | 06/20/2015 | 07/01/2015 | 07/23/2015 |
| A Deep Awakening | PA0001949368 | 06/24/2015 | 07/01/2015 | 07/22/2015 |
| Bound By Desire | PA0001950760 | 07/02/2015 | 07/13/2015 | 07/21/2015 |
| Are You Man Enough | PA0001950761 | 07/05/2015 | 07/13/2015 | 07/07/2015 |
| Above The Air | PA0001944200 | 05/21/2015 | 05/26/2015 | 05/21/2015 |
| Capture Me | PA0001944202 | 05/16/2015 | 05/26/2015 | 05/16/2015 |
| Dripping Pleasures | PA0001941285 | 04/24/2015 | 04/27/2015 | 04/26/2015 |
| Come from behind | PA0001863248 | 09/23/2013 | 09/26/2013 | 12/14/2013 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 12/12/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  15**

EXHIBIT B

STX2