

malibu media litigation

Sign in

All   News   Shopping   Images   Maps   More   Settings   Tools

About 686,000 results (0.48 seconds)

### Malibu Media LLC Lawsuit? - Free Consultations Nationwide
Ad  www.torrent-defenders.com/ ▼  (312) 201-8310
Antonelli Law Excels at Defending **Malibu Media** LLC Subpoenas & Lawsuits
Anonymous settlements · We Fight Back · COX letter? · Call Us Today
Motions to Quash Subpoena · Malibu Media LLC Lawsuit?

### Malibu Media - Antonelli Law
antonelli-law.com/Malibu_Media.php ▼
Usually your first notice about the **Malibu Media** LLC **lawsuit** is a letter from your ISP such as AT&T, CenturyLink, Charter, Comcast, Cox, Time Warner, ...

### Malibu Media Lawsuit - Pietz Law Firm
pietzlawfirm.com/malibu-media-lawsuit ▼
**Malibu Media**, LLC ("**Malibu Media**") is a pornographic film company that is a leading proponent in filing massive class action lawsuits against unnamed "John ...

### Malibu Media stories at Techdirt.
https://www.techdirt.com/blog/?company=malibu+media ▼
May 15, 2017 - Today **Malibu Media** (a **litigation** shell of a hardcore "barely legal" pornography producer X-Art), represented by its new counsel, Pillar Law ...

### Malibu Media | Fight © Trolls
https://fightcopyrighttrolls.com/tag/malibu-media/ ▼
Posts about **Malibu Media** written by SJD. ... Appellate brief filed in a **Malibu Media** case after the troll cuts and runs to avoid compensating wrongly accused.

### Malibu Media LLC | DieTrollDie
https://dietrolldie.com/tag/malibu-media-llc/ ▼
M. Keith Lipscomb Today **Malibu Media** (a **litigation** shell of a hardcore "barely legal" pornography producer X-Art), represented by its new counsel, Pillar Law ...

### Malibu Media loses porn piracy case vs Doe after no downloaded ...
cookcountyrecord.com/.../510663313-malibu-media-loses-porn-piracy-case-vs-doe-a... ▼
Feb 12, 2016 - 8 in U.S. District Court for Northern Illinois, dismissing **Malibu Media's lawsuit** against a resident in the district anonymously listed as John Doe ...

### Cases matching "Malibu Media LLC" :: Justia Dockets & Filings
https://dockets.justia.com/search?query=Malibu+Media+LLC ▼
**MALIBU MEDIA**, LLC. v. JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.160.218.175. Filed: February 27, 2017 as 2:2017cv01307. Plaintiff: MALIBU ...

### The Biggest Filer of Copyright Lawsuits? This Erotica Web Site | The ...
www.newyorker.com/.../the-biggest-filer-of-copyright-lawsuits-this-erotica-web-site ▼
May 14, 2014 - In a **lawsuit** in 2011, the production company Voltage Pictures accused ... **Malibu Media's** attorney, Keith Lipscomb, said that most defendants ...

### Malibu Media LLC Lawsuit FAQ - Motion To Quash a John Doe ...
https://www.cashmanlawfirm.com/malibu-media/ ▼
**Malibu Media** LLC lawsuits are complicated, and whether to file a motion to quash a subpoena is one of the biggest decisions to make in your **lawsuit**.

### Malibu Ripped Over Case With 'No Evidence' Of Infringement - Law360
https://www.law360.com/.../malibu-ripped-over-case-with-no-evidence-of-infringeme... ▼
Apr 2, 2015 - In the current case, Malibu sued Charles Tashiro in early 2013 for allegedly downloading more than two ... The case is **Malibu Media**, LLC v.

### Searches related to malibu media litigation

| | |
|---|---|
| malibu media **lawsuit settlement amount** | malibu media **average settlement** |
| malibu media **movies** | malibu media **list of movies** |
| malibu media **subpoena** | malibu media **llc v. john does** |
| malibu media **websites** | malibu media **wiki** |



EXHIBIT 4