**Kelkar, Mukul S.**

| | |
|---|---|
| **From:** | thetexastriallawyers@gmail.com on behalf of Andrew Kumar <andrew@thetexastriallawyers.com> |
| **Sent:** | Thursday, December 29, 2016 1:59 PM |
| **To:** | Kelkar, Mukul S. |
| **Cc:** | Pulkit; mike@thetexastriallawyers.com |
| **Subject:** | Re: Case No. 4:16-cv-2319 - Malibu Media, LLC v. Jenna Howard |

Mukul,

Our client sent us the following to communicate to your client. You will see below that we can agree to an extension. That said, we need to check when the court scheduled the initial conference in this matter and will need a response before then so we can comply. Talk with Pulkit about dates and find what works for all parties. Thank you.

The lawsuit will not be dismissed. Your client's ISP identified the service address as 1616 W DALLAS ST APT 468, HOUSTON TX 77019-4712 and your client's billing address as 8918 CROES DR, SPRING VALLEY TX 77055. It as at the service address where the infringement took place and not at the billing address. I suggest you revisit the subject of torrent use with your client, as the case is a strong one against them. Since your answer to the complaint will be due soon, I have no objection to granting you some reasonable extension of time to respond to the complaint, if your client is interested in resolving the matter amicably and discussing settlement. Please confer with you client and get back to me at your earliest convenience.

On Dec 29, 2016 2:47 PM, "Kelkar, Mukul S." <mukul.kelkar@dentons.com> wrote:

Mike and Andrew:

We are in receipt the Malibu Media matter against Jenna Howard, Case No. 4:16-cv-2319. We are requesting an extension to answer to 1/27/17. Pulkit has been very helpful in working with me, but my understanding is the decision to grant an extension comes from you two.

Please advise if you are amenable to giving us until 1/27/17 to answer. That is the last Friday in January. Thank you in advance.

大成 DENTONS   Mukul S. Kelkar

    D +1 713 658 4634   |   US Internal 64634
    mukul.kelkar@dentons.com



Bio | Website

Dentons US LLP

大成 Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.