# Certificate of Marriage



Officer's Return

This certifies that I have united in marriage:

John Terrance Lytle
and
Jenna Alyse Howard
On
February 28, 2015
Ceremony Date

_Stephen E. Bradley_
Signature

Stephen E. Bradley
Printed or Typed Name

Pastor
Title

Montgomery
County in which ceremony was performed

Section 2.201 Family Code:
If a marriage ceremony has not been conducted before the 91st day after the date the license is issued, the marriage license expires.
This license is not valid for seventy-two (72) hours from the time of issuance.
Accompanied by TDH Material as requested by Section 2.010 of the Texas Family Code.
This completed document must be returned to the County Clerk of Harris County, Texas, within ninety (90) days of performing the marriage.

Congratulations & Best Wishes!

_Stan Stanart_
Stan Stanart – Harris County Clerk

118050

FILED
2015 MAR 23 AM 9: 17
Stan Stanart
COUNTY CLERK
HARRIS COUNTY, TEXAS

Mr. and Mrs. John Terrance Lytle
1616 W Dallas St. #468
Houston, TX 77019

255342
02/06/2015 PERSONAL
$72.00 MARRIAGE

**EXHIBIT 13**