IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 4:16-CV-02319 |
| | § § | |
| JENNA HOWARD, | § § | |
| DEFENDANT. | § § | |

## ORDER ON DEFENDANT JENNA HOWARD'S AGREED MOTION TO EXTEND THE DEADLINE TO DESIGNATE DEFENDANT'S EXPERTS AND SERVE EXPERT REPORTS

On this day came to be considered the Agreed Motion to Extend the Deadline to Designate Experts and Serve Expert Reports (the "Motion"), filed by Defendant Jenna Howard. After reviewing the Motion and noting that Defendant's Motion is agreed to by Plaintiff, the Court determines that the Motion should be **GRANTED**. It is therefore **ORDERED** that Defendant Jenna Howard's deadline to designate experts and serve expert reports is now October 13, 2017.

Signed Sept 28, 2017.

_____
Judge Presiding