IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2319 |
| | § | |
| JENNA HOWARD, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The joint stipulation of dismissal (Dkt. 40) is GRANTED. It is therefore ORDERED that this cause of action is DISMISSED with prejudice. Each party shall bear their own costs.

Signed at Houston, Texas on December 28, 2017.

_____
Gray H. Miller
United States District Judge